UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY D GRAY SR, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-2129 |
| | § | |
| WILLIAM STEPHENS, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Petitioner Terry D. Gray, Sr., filed the present habeas corpus action while a pretrial detainee in the custody of the Brazos County Jail. (Docket No. 1.) A review of court records shows that this case is one of numerous cases filed by Petitioner, including at least two other habeas corpus actions, challenging his pretrial detention and alleging racial discrimination in the denial of release on bond. *See ex. Gray v. Calvert*, Cause No. 4:14-cv-0315 (S.D. Tex.) (dismissed as duplicative); *Gray v. Brazos County*, Cause No. 4:14-cv-0880 (dismissed for failure to exhaust state remedies). Having reviewed the instant petition the Court finds that it is duplicative of the earlier filed habeas corpus cases cited above. Moreover, Petitioner has recently filed notice that he is no longer confined in the Brazos County Jail, therefore, his present habeas petition is now moot. (Docket No. 12.)

Accordingly, the present petition is DISMISSED WITOUT PREJUDICE. Any and all pending motions are DENIED as moot. A certificate of appealability is DENIED.

The Clerk will provide a copy of this Order to all parties.

SIGNED at Houston, Texas, this 3rd day of March, 2015.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE